UNITED STATES v. JUE YET. (District Court, D. Vermont. April 19, 1900.) James L. Martin, U. S. Atty. P. F. McManus, for respondent.

WHEELER, District Judge. The testimony in this case stands like that in U. S. v. Jue Wy (D. C.) 103 Fed. 795, and upon the same considerations seems sufficient. Appellant discharged.